# Court of Appeals
# of the State of Georgia

ATLANTA, February 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0626.  DERRICK A. WALKER v. THE STATE.**

Appellant has failed to comply with Court of Appeals Rules 22(a) and 23 (a), by failing to file his enumeration of errors and brief within the time prescribed; therefore, this appeal is hereby DISMISSED.  See Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*